**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARMAN PALIKYAN, ) <br> ) <br> Defendant. ) <br> ) <br>_____) | 2:08-cr-311-RLH-GWF <br><br> **O R D E R** |

On July 22, 2010, this matter came before the Court on the government's petition for action on conditions of pretrial release (#238). The defendant was present, in custody, with his counsel. The Court has considered the information and evidence offered by the government and by the defendant, and finds as follows:

    1. There is probable cause to believe that the defendant committed felony credit card fraud while on pretrial release; and

    2. The defendant is unlikely to abide by conditions of release.

**IT IS THEREFORE ORDERED** the government's motion to revoke pre-trial release, is granted.

**IT IS FURTHER ORDERED** pursuant to the provisions of 18 U.S.C. § 3148(b) that the release order heretofore entered on **December 9, 2008,** is hereby revoked.

**IT IS FURTHER ORDERED** that the defendant shall be detained pending trial and remanded to custody.

DATED this 22nd day of July, 2010.

*/s/ Lawrence R. Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**