# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:08-cr-00311-RLH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HAGOB PALIKYAN, ) | |
| ARMEN PALIKYAN, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (#76), filed May 6, 2009. Defendants have entered guilty pleas and are awaiting sentencing. Accordingly,

**IT IS ORDERED** that Defendants' Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (#76) is **vacated** without prejudice to refiling.

DATED this 11th day of March, 2011.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge