**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HAGOB PALIKYAN, )<br>ARMEN PALIKYAN, )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:08-cr-00311-RLH-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (#76), filed May 6, 2009. Defendants have entered guilty pleas and are awaiting sentencing. Accordingly,

**IT IS ORDERED** that Defendants' Joint Motion to Dismiss Counts Four Through Nine of the Indictment and All Allegations Related to the Aggravated Identity Theft Penalty Enhancement (#76) is **vacated** without prejudice to refiling.

DATED this 11th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge